**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Milo McCormick Stanley,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV-98-0430-PHX-GMS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Pending before the Court is Petitioner's unopposed motion for a short four-day extension of time to file supplemental briefing. Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's unopposed motion for an extension of time. (Doc. 109.) By no later than **June 17, 2011**, Petitioner shall file his supplemental brief regarding the effect of *Cullen v. Pinholster*, 131 S. Ct. 1388 (2011) on this case. Respondents shall have fifteen (15) days to respond and Petitioner shall have ten (10) days to reply.

DATED this 9th day of June, 2011.

G. Murray Snow
United States District Judge