**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Milo McCormick Stanley, | No. CV-98-0430-PHX-GMS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Pending before the Court, Petitioner moves to file the depositions and deposition exhibits of Leonardo Garcia-Bunuel, M.D., Dean Gerstenberger, Arthur Hanratty, and Joseph Stewart, Ph.D, and the interview transcript of Dr. Karleen Hammitt. (Doc. 136.)

Petitioner also moves for leave to file a non-electronic exhibit, the video deposition of Dr. Garcia-Bunuel. (Doc. 137.) The Court's Local Rules, LRCiv 5.5(b), authorizes the Clerk of Court to develop and administer the Electronic Case Filing Administrative Policies and Procedures Manual ("Adm. Manual"). Adm. Manual § II.K.2 permits the non-electronic filing of exhibits with leave of court.

Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's motion to file the attached exhibits. (Doc. 136.) All of the documents previously noticed as filed shall be construed as part of the record without further Order of the Court.

1    **IT IS FURTHER ORDERED** granting leave for Petitioner to file a copy of the video
2    deposition of Leonardo Garcia-Bunuel, M.D. pursuant to Adm. Manual § II.K.2.  Petitioner
3    shall also electronically submit a notice of filing documenting the non-electronic filing of the
4    video deposition and attach a copy of the notice to the video exhibit.
5    DATED this 9th day of September, 2011.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge