**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Milo McCormick Stanley, | No. CV-98-0430-PHX-GMS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Pending before the Court is Respondents' motion for reconsideration and their motion to strike. (Doc. 139.) Respondents request that the Court reconsider its order allowing Petitioner to file certain depositions, deposition exhibits, an interview transcript, and a video deposition after judgment had been entered in this case. (*Id.*) Respondents also move to strike from the record the written and video deposition of Dr. Paul Bindleglass, which was filed prior to judgment. (*Id.*)

This Court's Local Rules, LRCiv 7.2(g)(2) provides that the Court will not grant a motion for reconsideration without providing the opposing party an opportunity for response, which will be ordered.

/ / /
/ / /
/ / /
/ / /

Accordingly,

**IT IS HEREBY ORDERED** requiring that Petitioner provide a response to Respondents' motion for reconsideration and their motion to strike within fourteen (14) days of this Order.

DATED this 21st day of September, 2011.

_G. Murray Snow_
United States District Judge